# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COLLEEN REILLY**; **BECKY BITER**; and **ROSALIE GROSS**, | ) ) ) |
| **Plaintiffs**, | ) ) |
| v. | ) ) ) |
| **CITY OF HARRISBURG**; **HARRISBURG CITY COUNCIL**; and **ERIC PAPENFUSE**, in his official capacity as Mayor of Harrisburg, | ) ) ) ) ) ) |
| **Defendants**. | ) |

Case No. 1:16-CV-00510-SHR

## ORDER

This Court, having reviewed Plaintiffs' Motion for Leave to Exceed Word Limitation, and any response thereto, and for good cause shown, IT IS HEREBY ORDERED that Plaintiffs' Motion to Exceed Word Limitation is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs are granted leave to file a brief in support of their Motion for Preliminary Injunction not exceeding 7,500 words.

s/Sylvia H. Rambo
Wpkgf "Ucvgu"Fkutlev"Lwfi g