IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLLEEN REILLY, BECKY BITER, and ROSALIE GROSS,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF HARRISBURG, HARRISBURG CITY COUNCIL, and ERIC PAPENFUSE, in his official capacity as Mayor of Harrisburg,<br><br>　　　　Defendants. | Civ. No. 1:16-CV-0510<br><br><br><br><br><br>**Judge Sylvia H. Rambo** |

# **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Plaintiffs' motion for a preliminary injunction (Doc. 3) is **DENIED** in its entirety.

　　　　　　　　　　　　　　　　　　 s/Sylvia H. Rambo
　　　　　　　　　　　　　　　　　　SYLVIA H. RAMBO
　　　　　　　　　　　　　　　　　　United States District Judge

Dated: August 23, 2018