IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COLLEEN REILLY, et al.,** | : | **Civil No. 1:16-CV-510** |
| **Plaintiffs,** | : | |
| v. | : | |
| **CITY OF HARRISBURG et al.,** | : | |
| **Defendants.** | : | **Judge Sylvia H. Rambo** |

# O R D E R

**AND NOW**, this 28th day of March, 2022, upon consideration of the cross motions for summary judgment filed by Defendant City of Harrisburg (Doc. 133) and by Plaintiffs Colleen Reilly and Becky Biter (Doc. 138), and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that (1) Defendant's motion for summary judgment is **GRANTED**; (2) Plaintiffs' motion for summary judgment is **DENIED**; and (3) Plaintiffs' remaining claims are **DISMISSED** with prejudice.

The Clerk of Court is directed to close this case. **IT IS SO ORDERED.**

_s/Sylvia H. Rambo_
SYLVIA H. RAMBO
United States District Judge